# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DARRELL J. LAKE,

    Plaintiff

    v.                                       CASE NUMBER: 02-C-964

JON E. LITSCHER, SHARON K. ZUNKER,
THOMAS BORGEN, PATRICIA GARRO,
KEVIN GOGGINS, BRIAN SCHUELER,
KELLY SANDERS, DR. LUY,
SHARI HEINZ, JANET BLOEDOW,
MELVIN PULVER, MARY NEUMAN,
SUE BURNETT, TOM GAZINSKI,
KAREN GOURLIE, CAPT. McCLELLAND,
and LT. BALDUS,

    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the defendants' motion for summary judgment (Doc. #164) is **granted.** This case is dismissed.

| July 31, 2006 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |